CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
March 10, 2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEYANTA LAMONT MOORE, ) | |
|     Plaintiff, ) | Civil Action No. 7:23-cv-00498 |
| ) | |
| v. ) | |
| ) | By: Elizabeth K. Dillon |
| LT. HARRISON, ) |     Chief United States District Judge |
|     Defendant. ) | |

## MEMORANDUM OPINION AND ORDER

Keyanta Lamont Moore, a Virginia inmate proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. Defendant filed a motion for summary judgment (Dkt. No. 23), and the court issued a *Roseboro* notice on July 17, 2024. (Dkt. No. 25.) The order explained that if plaintiff does not respond to the motion in a timely manner, the court will assume either that plaintiff lost interest in the case or that plaintiff agrees with what defendant states in his pleadings, and the case could be dismissed for failure to prosecute.

The time to respond has passed, and plaintiff did not respond to defendant's motion. Accordingly, it is HEREBY ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute. All pending motions are DISMISSED WITHOUT PREJUDICE as moot. The Clerk is directed to STRIKE this case from the court's active docket and to transmit a copy of this order to plaintiff and to all counsel of record.

Entered: March 10, 2025.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
Chief United States District Judge